No. 822, October Term, 1943. LONG v. BENSON, WARDEN. October 9, 1944. The second petition for rehearing is denied. The motion for leave to file petition for writ of habeas corpus is also denied. 322 U. S. 770.

No. 984, October Term, 1943. WATERMAN v. McMILLAN ET AL. October 9, 1944. The petition for removal of appeal is also denied. 322 U. S. 749.

No. 766, October Term, 1943. HUDSON & MANHATTAN RAILROAD CO. v. CITY OF JERSEY CITY ET AL. October 16, 1944. The motion for leave to file a second petition for rehearing is denied for want of jurisdiction. *Art Metal Construction Co.* v. *United States,* 289 U. S. 706, and cases cited. 322 U. S. 773.

No. 142. CAMERON v. CIVIL AERONAUTICS BOARD. October 16, 1944.

No. —. WILSON v. HINMAN. November 6, 1944.

No. 108. STRICKLAND ET AL. v. HUMBLE OIL & REFINING CO. ET AL. November 6, 1944.

No. 123. KUCZYNSKI v. COX, WARDEN. November 6, 1944.

No. 124. HANDLER v. UNITED STATES. November 6, 1944.